(28 Misc. Rep. 459.)

BARKLEY v. WILLIAMS et al.

(Supreme Court, Special Term, Onondaga County.   July, 1899.)

PLEADING—STRIKING OUT FRIVOLOUS DEMURRER.
   A demurrer will not be stricken out as frivolous unless clearly and un-
   questionably without merit.

Action by Orville M. Barkley against Stephen K. Williams and
others.   On motion of plaintiff to strike out defendants' demurrer
to complaint.   Denied.

Frank C. Sargent, for the motion.
Thomas Raines, opposed.

HISCOCK, J.   The action is brought to recover damages against
the defendants, who are attorneys, for their alleged improper manage-
ment of an action brought by them in behalf of the plaintiff.   Defend-
ants have demurred to the complaint upon the ground that several
causes of action are therein improperly united, and it is this demur-
rer which plaintiff seeks to have stricken out as frivolous.   The mo-
tion is denied, with $10 costs, to abide event.   It is too well settled
to require discussion that relief of this kind will only be granted
where the right thereto is perfectly plain and unquestioned.   I do
not think that that is this case.   It would seem to me that the plain-
tiff has plainly united in his complaint one cause of action against
defendants for negligent and unskillful conduct, and another one for
intentional and willful wrongdoing.   After various introductory alle-
gations, he alleges in one place that the defendants conducted and
prosecuted the action in behalf of plaintiff "in a negligent, unskillful,
and improper manner," and then alleges further on that they did
"willfully delay said action with a view of their own gain," etc.
These allegations plainly set forth two entirely distinct and different
causes of complaint against the defendants.   Not only that, but they
are not consistent with each other.   One is based upon incompetent,
but unintentional, shortcomings; the other involves an affirmative
intent and design to injure plaintiff.

Motion denied, with $10 costs to abide event.